UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSICA KLOSS, on behalf of the TPI Hospitality Employee Stock Ownership Plan and a class of similarly situated participants of the Plan,<br><br>       Plaintiff,<br><br>v.<br><br>ARGENT TRUST CO. *et al.*,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 23-cv-00301-DWF-SGE<br>)<br>)<br>) |

**ORDER GRANTING STIPULATION TO EXTEND TPI DEFENDANTS
RESPONSIVE PLEADING DEADLINE**

Plaintiff Jessica Kloss and Defendants Argent Trust Company ("Argent"), Torgerson Properties, Inc. (d/b/a TPI Hospitality, Inc.), TPI Hospitality Board of Directors, Thomas R. Torgerson, Donald Haas, Robert Thurston, TPI Hospitality ESOP Committee, William R. Upshaw, Sheryl D. Walton, Pete Bromelkamp, Chris Flagg, and Kathy A. Aamot ("TPI Defendants") have stipulated that the time within which TPI Defendants may answer the First Amended Complaint shall be extended to May 16, 2025.

**IT IS HEREBY ORDERE**D that the deadline for TPI Defendants to answer the First Amended Complaint (Dkt. 114) is extended to May 16, 2025.

Dated: May 5, 2025         *s/Shannon G. Elkins*
                SHANNON G. ELKINS
                Magistrate Judge, District of Minnesota