UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JESSICA KLOSS, on behalf of the TPI Hospitality Employee Stock Ownership Plan and a class of similarly situated participants of the Plan,<br><br>                      Plaintiff,<br><br>     v.<br><br>ARGENT TRUST CO. *et al.*,<br>                      Defendants. | Case No. 23-cv-00301-DWF-SGE |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR FACT DISCOVERY, NON-DISPOSITIVE MOTIONS, AND PLAINTIFF'S EXPERT DISCLOSURE**

Plaintiff Jessica Kloss and Defendants Argent Trust Company ("Argent"), Torgerson Properties, Inc. (d/b/a TPI Hospitality, Inc.), TPI Hospitality Board of Directors, Thomas R. Torgerson, Donald Haas, Robert Thurston, TPI Hospitality ESOP Committee, William R. Upshaw, Sheryl D. Walton, Pete Bromelkamp, Chris Flagg, and Kathy A. Aamot ("TPI Defendants" and, with Argent, "Defendants") have stipulated that the deadlines to complete fact discovery, serve and file non-dispositive motions, and identify Plaintiff's experts set by the Court's Second Amended Pretrial Scheduling Order (Dkt. 226) shall be extended to June 13, 2025. The parties' stipulation is **GRANTED**.

**IT IS HEREBY ORDERED** that the deadlines to complete fact discovery, serve and file non-dispositive motions, and identify Plaintiff's experts shall be extended from May 30, 2025, to June 13, 2025.

Dated: May 5, 2025                            *s/Shannon G. Elkins*
                                                    SHANNON G. ELKINS
                                                    U.S. Magistrate Judge