UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica Kloss, on behalf of the TPI Hospitality Employee Stock Ownership Plan and a class of similarly situated participants of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>Argent Trust Co., et al.,<br><br>Defendants. | Case No. 0:23-00301-DWF-SGE |

**PLAINTIFF'S NOTICE OF FILING CORRECTED
PROPOSED SETTLEMENT AGREEMENT**

Plaintiff Jessica Kloss, on behalf of the TPI Hospitality Employee Stock Ownership Plan and a class of similarly situated participants of the Plan, by and through her counsel of record, hereby submits the corrected Proposed Settlement Agreement, attached hereto as **Exhibit A**.

Plaintiff inadvertently filed an incorrect version of the Proposed Settlement Agreement along with her Motion for Preliminary Approval of Class Action Settlement on June 27, 2025 (*see* ECF No. 272-1), which should be replaced with the attached version.

1

| | |
|---|---|
| Dated: June 30, 2025 | **NICHOLS KASTER, PLLP**<br><br>s/Brock J. Specht<br>Paul J. Lukas, MN 022084X<br>Brock J. Specht, MN 0388343<br>Elizabeth M. Binczik, MN 0398233<br>80 South 8th St., Suite 4700<br>Minneapolis, MN 55402<br>Tel: (612) 256-3200<br>Fax: (612) 338-4878<br>lukas@nka.com<br>bspecht@nka.com<br>ebinczik@nka.com<br><br>**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**<br><br>Daniel Feinberg, *pro hac vice*<br>Todd Jackson, *pro hac vice*<br>Anne Weis, *pro hac vice*<br>2030 Addison St., Suite 500<br>Berkeley, CA 94704<br>Tel: (510) 269-7998<br>Fax: (510) 269-7994<br>dan@feinbergjackson.com<br>todd@feinbergjackson.com<br>anne@feinbergjackson.com<br><br>Mary Bortscheller, MN 0399634<br>2112 Broadway Street NE, Suite 225, #137<br>Minneapolis, MN 55413<br>Tel: (510) 606-5219<br>mary@feinbergjackson.com<br><br>*Attorneys for Plaintiff Jessica Kloss* |