**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jessica Kloss, on behalf of the TPI
Hospitality Employee Stock Ownership
Plan and a class of similarly situated
participants of the Plan,

                Plaintiff,

v.

Argent Trust Co., et al.,

                Defendants.

       Case No. 0:23-00301-DWF-SGE

---

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

---

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Jessica Kloss ("Plaintiff") respectfully moves the Court for an Order granting final approval of the Settlement Agreement (ECF No. 275-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e), this Court's Preliminary Settlement Approval Order dated August 15, 2025 (ECF No. 277), and Paragraph 2.2.3 of the Settlement Agreement, and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Brock J. Specht and exhibit attached thereto, the Declaration of Daniel Feinberg, the Declaration of Lisa Pavlik and exhibit attached thereto, and all files, records, and proceedings in this matter. A [Proposed] Final Approval Order is being submitted in connection with this motion.

1

Dated: October 24, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Brock J. Specht, MN 0388343
Elizabeth M. Binczik, MN 0398233
80 South 8th St., Suite 4700
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
bspecht@nka.com
ebinczik@nka.com

**FEINBERG, JACKSON,
WORTHMAN & WASOW LLP**

Daniel Feinberg, *pro hac vice*
Todd Jackson, *pro hac vice*
2030 Addison St., Suite 500
Berkeley, CA 94704
Tel: (510) 269-7998
Fax: (510) 269-7994
dan@feinbergjackson.com
todd@feinbergjackson.com

Mary Bortscheller, MN 0399634
2112 Broadway Street NE, Suite 225,
#137 Minneapolis, MN 55413
Tel: (510) 606-5219
mary@feinbergjackson.com

*Attorneys for Plaintiff Jessica Kloss*

2